**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| NORTHERN BERKS REGIONAL POLICE COMMISSION, | No. 797 MAL 2018 |
| Petitioner | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| BERKS COUNTY FRATERNAL ORDER OF POLICE, LODGE #71, | |
| Respondent | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1)    Whether the Commonwealth Court erred in vacating and remanding the trial court's decision despite the fact there was no finding of error in the trial court's opinion and the Commonwealth Court relied upon hypothetical actions that could occur in the future, rather than on the record before it.

(2)    Whether the narrow certiorari scope of review used in Act 111 matters should encompass a public policy exception, as part of the review of whether an arbitrator exceeded his powers, or, in the alternative, whether the narrow certiorari scope of review set forth in *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Betancourt)*, 540 Pa. 66, 656 A.2d 83 (1995) should be replaced by the essence test or JNOV/error of law test.